1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**
                           **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  **KULVIR SINGH BARAPIND,**          )
                                        )
12                                      )
                      **Plaintiff,**    )           **1:01-cv-06215 OWW SMS**
13                                      )
          **v.**                        )
14                                      )
    **JERRY J. ENOMOTO,**               )           **ORDER CLOSING CASE**
15                                      )           **NUNC PRO TUNC**
                                        )
16                    **Defendant**     )
    _____    )
17

18      **It is ordered this case is closed nunc pro tunc as of**

19  **11/9/2005.**
    IT IS SO ORDERED.
20
    **Dated:    September 26, 2008**              **/s/ Oliver W. Wanger**
21                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
                                        1